UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DDR WEINERT, LTD. AND DDR WILLIAMS, LTD.,**<br>    Plaintiffs,<br><br>vs.<br><br>**OVINTIV USA, INC. AND ENCANA OIL & GAS (USA) INC.,**<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 5:22-CV-00558-XR |

## NOTICE OF APPEAL

Plaintiffs DDR Weinert, LTD and DDR Williams, LTD appeal to the United States Court of Appeals for the Fifth Circuit from the following orders and decisions of Judge Xavier Rodriguez, Judge of the District Court for the Western District of Texas (San Antonio Division):

1. the June 16, 2023 Order granting Defendants' Ovintiv USA, Inc.'s and Encana Oil & Gas (USA) Inc.'s Motion for Summary Judgment and denying Plaintiffs DDR Weinert, LTD and DDR Williams, LTD's Motion for Summary Judgment (Dkt. No. 46); and

2. the June 16, 2023 Final Judgment (Dkt. No. 47).

Respectfully submitted,

SANTOYO WEHMEYER P.C.
IBC Highway 281 North Centre Building
12400 San Pedro Avenue, Suite 300
San Antonio, Texas 78216
Telephone: 210-998-4200
Facsimile: 210-998-4201

By: /s/ Corey F. Wehmeyer
    Corey F. Wehmeyer
    State Bar No. 24051903
    *cwehmeyer@swenergylaw.com*
    John W. Ellis
    State Bar No. 24087467
    *jellis@swenergylaw.com*
    Emily A. Gearhart
    State Bar No. 24065871
    *egearhart@swenergylaw.com*

**ATTORNEYS FOR PLAINTIFFS**
**DDR WEINERT, LTD. AND**
**DDR WILLIAMS, LTD.**

## CERTIFICATE OF SERVICE

On this 23rd day of June 2023, the above document was served on all counsel of record for the parties in accordance with the Federal Rules of Civil Procedure.

*/s/ John W. Ellis*
John W. Ellis